UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NICOLE LAWTONE-BOWLES, <br><br> Plaintiff, <br><br> -v.- <br><br> NEW YORK CITY DEPARTMENT OF HOMELESS SERVICES; NEW YORK CITY DEPARTMENT OF SOCIAL SERVICES; CITY OF NEW YORK, <br><br> Defendants. | 25 Civ. 5762 (KPF) <br><br> **ORDER** |

KATHERINE POLK FAILLA, District Judge:

Plaintiff, proceeding *pro se*, filed this complaint alleging that Defendants discriminated against her on the basis of her age and disability, in violation of the Age Discrimination in Employment Act of 1967, the Americans with Disabilities Act of 1990, and the New York State and City Human Rights Laws, and violated her rights under the Family and Medical Leave Act of 1993. By order dated August 4, 2025, the Court granted Plaintiff's request to proceed *in forma pauperis* ("IFP"), that is, without prepayment of fees.

### DISCUSSION

**A.   Order of Service**

Because Plaintiff has been granted permission to proceed IFP, she is entitled to rely on the Court and the U.S. Marshals Service to effect service.[1]

---

[1]   Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the complaint is filed, Plaintiff is proceeding IFP and could not have effected service until the Court reviewed the complaint and ordered that any summonses be issued. The Court therefore extends the time to serve until 90 days after the date any summonses issue.

*Walker* v. *Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process … in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the Marshals Service to serve if the plaintiff is authorized to proceed IFP).

To allow Plaintiff to effect service on Defendants through the U.S. Marshals Service, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for Defendants. The Clerk of Court is further instructed to issue summonses and deliver to the Marshals Service all the paperwork necessary for the Marshals Service to effect service upon Defendants.

If the complaint is not served within 90 days after the date summonses are issued, Plaintiff should request an extension of time for service. *See Meilleur* v. *Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service).

Plaintiff must notify the Court in writing if her address changes, and the Court may dismiss the action if Plaintiff fails to do so.

**B. Motions**

    **1. Motion to Participate in Electronic Case Filing**

The Court grants Plaintiff's motion for permission to file documents electronically. (Dkt. #5). The ECF Rules & Instructions are available online at https://nysd.uscourts.gov/rules/ecf-related-instructions. Following Plaintiff's registering to file documents electronically, she no longer will receive service of documents by postal mail in this case, whether or not she previously consented

2

to accept electronic service. All documents filed by the court, or any other party, in this case shall be served on Plaintiff by electronic notice to Plaintiff's designated email address. *See* Fed. R. Civ. P. 5(B)(2)(E).

Should Plaintiff have any questions regarding electronic filing, she may call the ECF Help Desk at (212) 805-0800.

### 2. Motion for Default Judgment

Plaintiff submitted a motion for default judgment and supporting documents. (Dkt. #10-14). Although Plaintiff purports to have served a copy of the complaint on Defendants, she did so before summonses had issued. In this order, the Court is directing that summonses be issued and paperwork forwarded to the U.S. Marshal Service to serve process on Defendants. Defendants are, therefore, not in default, and the Court denies the motion for a default judgment without prejudice.

### CONCLUSION

The Court grants the motion to participate in electronic case filing. The Court denies without prejudice the motion for a default judgment. The Clerk of Court is directed to terminate these motions. (Dkt. #5, 10).

The Clerk of Court is instructed to issue a summons for the New York City Department of Homeless Services, the New York City Department of Social Services, and the City of New York, complete the USM-285 form with the address for each Defendant, and deliver all documents necessary to effect service to the U.S. Marshals Service.

SO ORDERED.

Dated: August 11, 2025
       New York, New York

KATHERINE POLK FAILLA
United States District Judge

**SERVICE ADDRESS FOR EACH DEFENDANT**

1. New York City Department of Homeless Services
   150 Greenwich Steet 38th Floor
   New York, N.Y. 10007

2. New York City Department of Social Services
   150 Greenwich Steet 38th Floor
   New York, N.Y. 10007

3. City of New York
   100 Church Street
   New York, N.Y. 10007