**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| | |
|---|---|
| PLAINTIFF: NICOLE LAWTONE-BOWLES | COURT CASE NUMBER: 25 Civ. 5762 (KPF) |
| DEFENDANT: NEW YORK CITY DEPARTMENT OF HOMELESS SERVICES; NEW YORK CITY DEPARTMENT OF SOCIAL SERVICES; CITY OF NEW YORK, | TYPE OF PROCESS: Service |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
NEW YORK CITY DEPARTMENT OF HOMELESS SERVICES; NEW YORK CITY DEPARTMENT OF SOCIAL SERVICES; CITY OF NEW YORK,

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
150 Greenwich Steet 38th Floor New York, N.Y. 10007

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW
NICOLE LAWTONE-BOWLES
56 Center Street
Highland Falls, New York 10928
(347)538-5386

Number of process to be served with this Form 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF  [ ] DEFENDANT

*Nicole Lawtone-Bowles*

TELEPHONE NUMBER: (347)538-5386
DATE: August 11, 2025

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)*

| Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

Date   Time   [ ] am  [ ] pm

Address *(complete only different than shown above)*

Signature of U.S. Marshal or Deputy

*Costs shown on attached USMS Cost Sheet >>*

REMARKS

Form USM-285
Rev. 03/21

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| NICOLE LAWTONE-BOWLES | 25 Civ. 5762 (KPF) |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| NEW YORK CITY DEPARTMENT OF HOMELESS SERVICES; NEW YORK CITY DEPARTMENT OF SOCIAL SERVICES; CITY OF NEW YORK, | Service |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
NEW YORK CITY DEPARTMENT OF HOMELESS SERVICES; NEW YORK CITY DEPARTMENT OF SOCIAL SERVICES; CITY OF NEW YORK,

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
100 Church Street New York, N.Y. 10007

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW
NICOLE LAWTONE-BOWLES
56 Center Street
Highland Falls, New York 10928
(347)538-5386

Number of process to be served with this Form 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Signature of Attorney other Originator requesting service on behalf of:
☒ PLAINTIFF
☐ DEFENDANT

*Nicole Lawtone-Bowles*

TELEPHONE NUMBER: (347)538-5386

DATE: August 11, 2025

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)*

| Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|
| | | | | |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

Date
Time ☐ am ☐ pm

Address *(complete only different than shown above)*

Signature of U.S. Marshal or Deputy

Costs shown on *attached USMS Cost Sheet* >>

REMARKS

Form USM-285
Rev. 03/21