UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NICOLE LAWTONE-BOWLES,

                Plaintiff,

-v.-

NEW YORK CITY DEPARTMENT OF
HOMELESS SERVICES; NEW YORK CITY
DEPARTMENT OF SOCIAL SERVICES;
CITY OF NEW YORK,

                Defendants.

25 Civ. 5762 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

    The Court is in receipt of the Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form filed by Plaintiff. (Dkt. #19). Because Defendants have not yet appeared in this action, and therefore have not consented to that referral, the Court takes no action at this time.

    SO ORDERED.

Dated: August 15, 2025
         New York, New York

                                        KATHERINE POLK FAILLA
                                        United States District Judge