DSS-45

Department of Social Services
Human Resources Administration
Department of Homeless Services
Human Resources Solutions

## NOTIFICATION OF EMPLOYEE ACTION

| | |
|---|---|
| TO: Galina Mehova <br> *(Name)* | Nicole Lawtone-Bowles <br> *(Name of Employee)* ▓▓▓▓ *(Employee ID Number)* |
| Human Resource Business Partner <br> *(Title)* | 4/8/2025 <br> *(Effective Date)*    Motor Vehicle Operator <br> *(Title and Level)* |
| Human Resource Business Partner <br> *(RA/RC)* | *Current* <br> *(Salary)*     XXXX <br> *(CS List Number)* |
| 150 Greenwich St., NY,NY 10007 <br> *(Address)* | |

### TYPE OF ACTION

☐ Demotion    ☐ Reinstatement    ☐ Suspension    ☐ AWOL

☐ Other

### PERFORMANCE EVALUATION / PROBATION PERIOD

Performance evaluation reports must be completed and submitted to the Office of Personnel Services in accordance with N.Y.C. Department of Citywide Administrative Services (DCAS) rules and regulations. Probationary periods should follow the guidelines outlined in DCAS's Personnel Services Bulletin (PSB) 200-6R.

### RETURN FROM LEAVE OF ABSENCE

Distribution Code _____

Work Location _____

The above named employee is returning from Leave of absence (type indicated) and has been assigned/reassigned to your location.

TYPE OF LEAVE

☑ AWOL
The period from 1/8/2020 _____ through 4/7/2025 _____ was without pay.

☐ Suspension
The period from _____ through _____ was without pay.

STATUS OF LEAVE: ☐ Unauthorized (reason) _____

☐ **INVOLUNTARY DEMOTION**     ☐ **INVOLUNTARY LEVEL REDUCTION**

Employee's title is changed from Provisional/Civil Service title of _____ level _____ at a salary rate of _____

to Civil Service / Provisional title of _____ level _____ at a salary rate of _____ per annum. Employee is

to be assigned to position in which duties and responsibilities are appropriate to his/her new title. _____

### REINSTATEMENT

The above named employee, who resigned/ was terminated on _____ , has been reinstated effective _____

### COMMENTS

Staff member is returning from an AWOL (Absent without official authorization)..

Staff member reporting to Supervisor Jose Tirado PATH 151 East 151 Street, Bronx, New York.

Schedule: Tuesday-Saturday 9am-5:30pm.

Evelyn Cordero-Quinones _____     4/8/2025 _____
Human Resources Representative     Date
Office of Disciplinary Affairs

**Pension Plan**

**NEW EMPLOYEES ARE NOT AUTOMATICALLY ENROLLED IN THE PENSION PLAN.**

They must APPLY for membership by obtaining and submitting the application for the Pension plan through Office of Human Capital Management / Employee Benefit Unit. They can be reached by calling (929) 221-5528 or 5527.

**ALL EMPLOYEES WITH PERMANENT CIVIL SERVICE STATUS ARE REQUIRED TO JOIN THE PENSION PLAN.**

**HEALTH INSURANCE COVERAGE**

Health Insurance coverage is no longer administrated by the Human Resources Administration. Health Insurance Coverage is administered by the New York City Automated Personnel System (NYCAPS). An application will be mailed to you within 2 weeks. It is your responsibility to complete the application and return to NYCAPS. If you have any questions, please contact NYCAPS directly at (212) 487-0500.

AOL Mail - Additional Information Required – Nicole Lawtone-Bowles - Civil Service Title Change 6.1.9 – Clerical Associate 4                10/22/25, 1:56 AM

Case 1:25-cv-05762-KPF    Document 36    Filed 11/08/25    Page 2 of 10

## Additional Information Required – Nicole Lawtone-Bowles - Civil Service Title Change 6.1.9 – Clerical Associate 4

From: Cai, Jenny (caij@dss.nyc.gov)

To:     nicolelawtone@aol.com

Cc:     jacksondeni@dss.nyc.gov; mitchellca@dss.nyc.gov

Date:   Friday, August 29, 2025, 04:49 PM EDT

Good Day Nicole Lawstone-Bowles,

You have a scheduled in-person Processing Appointment on <mark>09/03/2025</mark> at <mark>9:30am</mark> with <mark>Jenny Cai.</mark>

**<u>You must complete the attached forms prior to the in-person processing interview:</u>**
1. Long Processing Forms- I will be the witness
2. Notice of Probationary Period and Circumstances for Extension of the Probationary Period_DSS-46 (E)
3. UPD-(answer with "Y" or "N")
4. Education and Experience Test
5. DP -72

<mark>**Please confirm receipt of this email**</mark>

Regards,

**Ms. Jenny Cai** | Employment Processing Representative
Pronouns: She, Her, Hers
OFFICE OF HUMAN RESOURCES SOLUTIONS/ ONBOARDING

150 Greenwich Street, 32nd Floor – New York, NY 10007
Tel. 929-221-6151  Fax 212-437-2641
*caij@dss.nyc.gov* | ***NYC.gov/dss***
Hybrid: Monday & Friday



*Together We Make a Difference for New Yorkers*

CONFIDENTIALITY NOTICE:
If you have received this electronic transmission in error, delete it without copying or forwarding it and notify

AOL Mail - Additional Information Required - Nicole Lawtone-Bowles - Civil Service Title Change (6.1.9) - Clerical Associate IV

Case 1:25-cv-05762-KPF    Document 36    Filed 11/08/25    Page 3 of 10

10/22/25, 1:56 AM

the sender of the error.


Long Processing Forms- UPD-B.pdf
4 MB


Notice of Probationary Period and Circumstances for Extension of the Probationary Period_DSS-46 (E).pdf
253.9 kB


UPD-A.pdf
298.8 kB


Education and Experience.pdf
216.8 kB


DP-72.pdf
135.6 kB

THE NEW YORK CITY DEPARTMENT OF CITYWIDE ADMINISTRATIVE SERVICES
HUMAN CAPITAL
1 CENTRE STREET, 21ST FLOOR, NEW YORK, NY 10007

Effective Date:

## REQUEST FOR TRANSFER OR REDEPLOYMENT AND/OR CHANGE OF TITLE

Request is hereby made for a certificate of    X TRANSFER OR  X REDEPLOYMENT  AND/OR  X CHANGE OF TITLE

Name of Employee Nicole Lawtone-Bowles                     Employee ID 1309181

| PRESENT STATUS | PROPOSED STATUS |
|---|---|
| AGENCY Department of Homeless Services | AGENCY Department of Homeless Services |
| TITLE & LEVEL Motor Vehicle Operator | TITLE & LEVEL Clerical Associate IV |
| TITLE CODE # 91212    SALARY $58,020 | TITLE CODE # 10251    SALARY $68,645.00 |
| Signature of Agency Head or Designee    Date | Signature of Agency Head or Designee    Date |

I have read and understand the terms and conditions as set forth on the reverse side of this form and all rules and regulations governing transfer, redeployment and/or change of title. *If this action is payrolled in the City's Payroll Management System (PMS), I authorize the payroll deduction of the required Personnel processing fee.*

I hereby consent to this    X TRANSFER OR         REDEPLOYMENT   AND/OR   X CHANGE OF TITLE

Signature of Employee                                      August    29,    2025
                                                           Date

THE SPACE BELOW IS FOR USE BY HUMAN CAPITAL

Preferred List In Existence?    Promotion List in Existence?    Permanent Employee (completed probation in present title)?
☐ Yes   ☐ No                    ☐ Yes   ☐ No                    ☐ Yes   ☐ No    ☐ Promotion rights reviewed.

Rule: _____   Subject to: _____

Reason: _____

Personnel Audits and Transactions Authorized Signature              Date

### RECOMMENDATION TO ORDER A RULE 6.1.9 EXAMINATION        Exam No. _____

Is maximum salary of present title/level equal to or greater than minimum salary
of proposed title/level?                                              ☐ Yes   ☐ No

Is proposed title in a direct promotional line from present title?    ☐ Yes   ☐ No

Is candidate transferring to or from the management class?            ☐ Yes   ☐ No

Does candidate meet the minimum qualification requirements for requested position?   ☐ Yes   ☐ No

Bureau of Examinations Authorized Signature              Date

☐ APPROVED   ☐ DISAPPROVED _____
                    Deputy Commissioner of Human Capital              Date

DP-72 (R. 5/14)              READ TERMS AND CONDITIONS ON THE OTHER SIDE

a127-ess.nyc.gov

# NYC
Citywide Administrative Services

### Employment History

Membership Number:  J                                    Social Security Number:  xxx-xx-▓▓

The following is a full record of the salaries and dates of employment of
NICOLE  LAWTONE-BOWLES, while employed in the   DEPARTMENT OF SANITATION
                                                 DEPT. OF HOMELESS SERVICES

| From | To | Title | Lvl | Pyrl | Years | Months | Days |
|------|-----|-------|-----|------|-------|--------|------|
| 02/05/2012 | 06/21/2012 | SANITATION ENFORCEMENT AGENT | 01 | 827 | 0 | 4 | 17 |
| 08/18/2013 | 09/03/2025 | MOTOR VEHICLE OPERATOR | | 071 | 12 | 0 | 17 |

071 Salary as of 08/18/2013 = $34,371.00 /year
09/03/2013 = $34,715.00 /year
08/19/2014 = $35,890.00 /year
09/03/2014 = $36,428.00 /year
08/19/2015 = $43,270.00 /year
09/03/2015 = $44,352.00 /year
08/19/2016 = $45,122.00 /year
09/03/2016 = $46,476.00 /year
09/26/2017 = $47,406.00 /year
09/26/2018 = $48,473.00 /year
10/26/2019 = $49,927.00 /year
05/26/2021 = $51,425.00 /year
05/26/2022 = $52,968.00 /year
05/26/2023 = $54,557.00 /year
05/26/2024 = $56,194.00 /year
05/26/2025 = $58,020.00 /year
827 Salary as of 02/05/2012 = $29,510.00 /year

| | Total Compensation | LWOP Days |
|------|------|------|
| 2014 | $35,988.98 | 46.2 |
| 2015 | $23,943.43 | 0.0 |
| 2016 | $46,920.31 | 0.0 |
| 2017 | $66,562.40 | 18.2 |
| 2018 | $38,885.61 | 17.0 |
| 2019 | $52,372.71 | 9.0 |
| 2020 | $3,819.56 | 6.0 |
| 2021 | $8,622.43 | 0.0 |
| 2025 | $0.00 | 0.0 |

| 827 | SUSPENDED | 06/08/2012 | - | 06/21/2012 |
|-----|-----------|------------|---|------------|
| 071 | APPROVED LWOP DUE TO ILLNESS | 11/26/2014 | - | 04/28/2015 |
| 071 | OTHER LEAVE WITHOUT PAY | 04/29/2015 | - | 06/01/2015 |
| 071 | APPROVED LWOP DUE TO ILLNESS | 01/19/2018 | - | 03/20/2018 |
| 071 | SUSPENDED | 02/12/2019 | - | 02/25/2019 |
| 071 | SUSPENDED | 10/13/2019 | - | 10/17/2019 |
| 071 | OTHER LEAVE WITHOUT PAY | 01/12/2020 | - | 12/31/9999 |

_____
Signature of Official

_____
Title and Telephone Number

_____
Agency

_____
Date

City of New York CHRMS Form VE03 completed on 09/03/2025





# Employment History

| Membership Number:  J | Social Security Number:   xxx-xx-■■ |
|---|---|

The following is a full record of the salaries and dates of employment of
NICOLE  LAWTONE-BOWLES, while employed in the   DEPARTMENT OF SANITATION
DEPT. OF HOMELESS SERVICES

| From | To | Title | Lvl | Pyrl | Years | Months | Days |
|---|---|---|---|---|---|---|---|
| 02/05/2012 | 06/21/2012 | SANITATION ENFORCEMENT AGENT | 01 | 827 | 0 | 4 | 17 |
| 08/18/2013 | 10/22/2025 | MOTOR VEHICLE OPERATOR | | 071 | 12 | 2 | 5 |

| | Total Compensation | LWOP Days |
|---|---|---|
| 2014 | $35,988.98 | 46.2 |
| 2015 | $23,943.43 | 0.0 |
| 2016 | $46,920.31 | 0.0 |
| 2017 | $66,562.40 | 18.2 |
| 2018 | $38,885.61 | 17.0 |
| 2019 | $52,372.71 | 9.0 |
| 2020 | $3,819.56 | 6.0 |
| 2021 | $8,622.43 | 0.0 |
| 2025 | $0.00 | 0.0 |

| 071 Salary as of | 08/18/2013 = $34,371.00 /year |
|---|---|
| | 09/03/2013 = $34,715.00 /year |
| | 08/19/2014 = $35,890.00 /year |
| | 09/03/2014 = $36,428.00 /year |
| | 08/19/2015 = $43,270.00 /year |
| | 09/03/2015 = $44,352.00 /year |
| | 08/19/2016 = $45,122.00 /year |
| | 09/03/2016 = $46,476.00 /year |
| | 09/26/2017 = $47,406.00 /year |
| | 09/26/2018 = $48,473.00 /year |
| | 10/26/2019 = $49,927.00 /year |
| | 05/26/2021 = $51,425.00 /year |
| | 05/26/2022 = $52,968.00 /year |
| | 05/26/2023 = $54,557.00 /year |
| | 05/26/2024 = $56,194.00 /year |
| | 05/26/2025 = $58,020.00 /year |
| 827 Salary as of | 02/05/2012 = $29,510.00 /year |

| 827 | SUSPENDED | 06/08/2012 | – | 06/21/2012 |
|---|---|---|---|---|
| 071 | APPROVED LWOP DUE TO ILLNESS | 11/26/2014 | – | 04/28/2015 |
| 071 | OTHER LEAVE WITHOUT PAY | 04/29/2015 | – | 06/01/2015 |
| 071 | APPROVED LWOP DUE TO ILLNESS | 01/19/2018 | – | 03/20/2018 |
| 071 | SUSPENDED | 02/12/2019 | – | 02/25/2019 |
| 071 | SUSPENDED | 10/13/2019 | – | 10/17/2019 |
| 071 | OTHER LEAVE WITHOUT PAY | 01/12/2020 | – | 12/31/9999 |

_____
*Signature of Official*

_____
*Title and Telephone Number*

_____
*Agency*

_____
*Date*

Form M -731
Revised 11/21

Department of Social Services
Human Resources Administration
Department of Homeless Services

*Office of Human Resources Solutions*

## NOTIFICATION OF EMPLOYEE ACTION

| IRIS J RODRIGUEZ | NICOLE LAWTONE-BOWLES | XXX |
|---|---|---|
| NAME | Employee Name | Employee ID Number |
| **DEPUTY COMMISSIONER OF ADULT SERVICES** | **C/S CLERICAL ASSOC 04** | **11/10/2025** |
| TITLE | Title and Level | Effective Date |
| **ADULT SERVICES** | **$58,020.00** | |
| RA/RC | Salary | Civil Service List Number |
| **33 BEAVER STREET, 16TH FLOOR** | | |
| **NEW YORK, NY 10004** | | |
| ADDRESS | | |

### TYPE OF ACTION

☐ New Hire
☐ Promotion
☐ Title Change
☐ Reinstatement
☐ Assignment to Higher Level

☐ Voluntary Demotion
☐ Voluntary Level Reduction
☐ Transfer In (From Other City Agency)
☐ Return from Leave
☑ Other   **6.1.9 Comp Title Change**

### CERTIFIED BILINGUAL

Employee has passed the proficiency exam for the following languages:

**N/A**

### PERFORMANCE EVALUATION/PROBATION PERIOD

Performance evaluation reports must be completed and submitted to the Office of Human Resources Solutions in accordance with NYC Department of Citywide Administrative Services (DCAS) Rules and Regulations. Probationary periods should follow the guidelines outlined in DCAS's Personnel Service Bulletin (PSB) 200-6R.

### RETURN FROM LEAVE OF ABSENCE

Distribution Code _____

Work Location _____

The above named employee is returning from Leave of Absence  *(type indicated)*  and has been assigned/reassigned to your location.

### TYPE OF LEAVE

☐ Medical   ☐ Military   ☐ Workmen's Compensation   ☐ To another City Agency   ☐ FMLA   ☐ Confinement & Child Care
☐ Other _____

☐ The period from _____ through _____ was with pay.

☐ The period from _____ through _____ was without pay.

### STATUS OF LEAVE   ☐ Authorized   ☐ Authorization Pending   ☐ Unauthorized (reason) _____

The employee's physician has authorized the employee's return to full duty. Employee has submitted sufficient documentation to authorize return to full duty.

### ☐ VOLUNTARY RETURN TO CIVIL SERVICE TITLE          ☐ VOLUNTARY LEVEL REDUCTION
### ☐ INVOLUNTARY DEMOTION          ☐ INVOLUNTARY LEVEL REDUCTION

Employee's title is changed from Provisional /Civil Service title of _____ level _____ at a salary rate of $ _____

to Civil Service/Provisional title of_____ level _____ at a salary rate of $ _____ per annum. Employee is to be

assigned to position in which duties and responsibilities are appropriate to his/her new title.

### TRANSFER IN FROM ANOTHER CITY AGENCY

Employee has been transferred into Department of Social Services-Human Resources Administration-Department of Homeless Services (DSS-HRA-DHS) from_____

### REINSTATEMENT

The above named employee, who resigned/was terminated on _____, has been reinstated effective _____

### COMMENTS

**REPORT ON 11/10/2025 TO SONYA RUSSELL; 33 BEAVER ST, 15TH FL, NEW YORK 10004; 9AM ; 212 607-6207**

**HRBP: GALINA MEKHOVA; ADDRESS: 150 GREENWICH ST 32ND FL., NEW YORK 10007; 929 221-5562**

| ☑ **Jenny Cai/MA** | **11/5/2025** |
|---|---|
| Human Resources Representative<br>Recruitment and Onboarding Unit | Date |
| ☐ _____ | _____ |
| RA/RC Human Resources Business Partners | Date |

Form M -731
Revised 11/21

Department of Social Services
Human Resources Administration
Department of Homeless Services

*Office of Human Resources Solutions*

PENSION PLAN

**NEW EMPLOYEES ARE NOT AUTOMATICALLY ENROLLED IN THE PENSION PLAN.**

They must **APPLY** for membership by obtaining and submitting the application for the Pension Plan through Office of Human Resources Solutions/Employee Benefits Unit. They can be reached by calling (929) 221-5528 or (929) 221-5527.

**ALL EMPLOYEES WITH PERMANENT CIVIL SERVICE STATUS ARE REQUIRED TO JOIN THE PENSION PLAN.**

HEALTH INSURANCE COVERAGE

Health Insurance coverage is **no longer** administered by the DSS-HRA-DHS. Health Insurance coverage is administered by the New York City Automated Personnel System (NYCAPS). An application will be mailed to you within 2 weeks. It is your responsibility to complete the application and return to NYCAPS. If you have any questions., please contact NYCAPS directly at (212) 487-0500.

THE NEW YORK CITY DEPARTMENT OF CITYWIDE ADMINISTRATIVE SERVICES
HUMAN CAPITAL
1 CENTRE STREET, 21ST FLOOR, NEW YORK, NY 10007

Effective Date: _____

## REQUEST FOR TRANSFER OR REDEPLOYMENT AND/OR CHANGE OF TITLE

Request is hereby made for a certificate of    X TRANSFER OR   X REDEPLOYMENT   AND/OR   X CHANGE OF TITLE

Name of Employee Nicole Lawtone-Bowles                 Employee ID 1309181

| PRESENT STATUS | PROPOSED STATUS |
|---|---|
| AGENCY Department of Homeless Services | AGENCY Department of Homeless Services |
| TITLE & LEVEL Motor Vehicle Operator | TITLE & LEVEL Clerical Associate IV |
| TITLE CODE # 91212        SALARY $58,020 | TITLE CODE # 10251        SALARY $68,645.00 |
| Signature of Agency Head or Designee        Date | Signature of Agency Head or Designee        Date |

I have read and understand the terms and conditions as set forth on the reverse side of this form and all rules and regulations governing transfer, redeployment and/or change of title.  If this action is payrolled in the City's Payroll Management System (PMS), I authorize the payroll deduction of the required Personnel processing fee.

I hereby consent to this    X TRANSFER OR    REDEPLOYMENT   AND/OR   X CHANGE OF TITLE

Signature of Employee _____        August        29,        2025
                                                              Date

### THE SPACE BELOW IS FOR USE BY HUMAN CAPITAL

Preferred List In Existence?          Promotion List in Existence?          Permanent Employee (completed probation in present title)?
☐ Yes   ☐ No                          ☐ Yes   ☐ No                          ☐ Yes   ☐ No          ☐ Promotion rights reviewed.

Rule: _____    Subject to: _____

Reason: _____

Personnel Audits and Transactions Authorized Signature _____    Date _____

| RECOMMENDATION TO ORDER A RULE 6.1.9 EXAMINATION | Exam No. _____ |
|---|---|
| Is maximum salary of present title/level equal to or greater than minimum salary of proposed title/level? | ☐ Yes   ☐ No |
| Is proposed title in a direct promotional line from present title? | ☐ Yes   ☐ No |
| Is candidate transferring to or from the management class? | ☐ Yes   ☐ No |
| Does candidate meet the minimum qualification requirements for requested position? | ☐ Yes   ☐ No |

Bureau of Examinations Authorized Signature _____        Date _____

☐ APPROVED   ☐ DISAPPROVED

_____
Deputy Commissioner of Human Capital                    Date _____

DP-72 (R. 5/14)                    READ TERMS AND CONDITIONS ON THE OTHER SIDE

**Jobs** NYC    The Official Careers Website of the City of New York    ☆    **Explore nyc.gov**    AÊ

Search open jobs

# Clerical Associate IV

**DEPT. OF HOMELESS SERVICES**
**Posted On:  12/21/2023**
**Full-Time**
**Location:  MANHATTAN**
**Exam May Be Required**
**Department:  Family Services**
**Salary Range: $43,728.00 – $68,645.00**

## Job Description

# This vacancy has now expired.

APPLICANTS MUST BE PERMANENT IN THE CLERICAL ASSOCIATE CIVIL SERVICE TITLE OR IF YOU ARE HIRED PROVISIONALLY IN THE ACLERICAL ASSOCIATE TITLE, YOU MUST TAKE AND PASS THE CIVIL SERVICE EXAM WHEN IT BECOMES AVAILABLE TO BE ELIGIBLE FOR CONTINUED EMPLOYMENT.

Salary Range: $43,728 - $50,287

The Division of Shelter Intake is responsible for the oversight of the day-to-day operations of the agency's Single Adult, Adult Families and Families with Children's intake and assessment sites, both directly run and contracted providers. This Division is responsible for ensuring that the City's most vulnerable population can access shelter, per eligibility criteria, 24 hours a day, 7 days a week, 365 days a year. The location will be at the Path Family Intake Center within the Family Services Division. The Division of Family Services provides temporary, emergency shelter to homeless families with children younger than 18 years of age and pregnant women and operates and maintains over 170 shelters for families with children throughout the five boroughs. The shelters are operated by over 50 providers, most of whom are non-profit social services agencies contracted to provide services.

The Department of Homeless Services (DHS) is recruiting for one (1) Clerical Associate Level IV who will:

- Perform responsible clerical work in various administrative and operational areas. The incumbents will batch data documents on a daily/monthly basis by scanning/ sorting/ coding/grouping to prepare materials for fund's disbursement.

- Be responsible for the distribution of MetroCard's, emergency meal allowances, funds for necessary identification, issued checks, sub-imp rest and other emergency financial necessary to facilitate timely returns to the community. Also, ensure compliance with appropriate guidelines.

- Prepare and accurately generate weekly/monthly tracking of ledgers, distributions, and related reporting requirement. Execute special projects and assist with the preparation of weekly staff time for payroll purposes and other tasks identified by manager and supervisor.

- Provide administrative support to the Assistant Commissioner/PATH Director/Manager and/or Supervisor. Compiles and maintains daily/ weekly/monthly statistical status reports and meets regularly with the Program Director/Manager to discuss issues related to the Funds Disbursement Unit. S/he will provide feedback/corrective action within prescribed deadlines. Upon request, the selected candidates will assist with the preparation of weekly staff time and leave for timekeeping and payroll purposes.

- Handle other duties, as assigned by the Director of Family Intake.

Work Location: 151 East 151st Street, Bronx, New York 10451.
Hours/Schedule: Tuesday-Saturday: 4:00 pm - 12:00 am

## Minimum Qualifications

Qualification Requirements
A four-year high school diploma or its educational equivalent approved by a State's department of education or a recognized accrediting organization and one year of satisfactory clerical experience.
Skills Requirement
Keyboard familiarity with the ability to type at a minimum of 100 key strokes (20 words) per minute.

## Preferred Skills

- These are critical administrative positions requiring strict attention to detail and the ability to handle multiple tasks in a fast-paced social environment. - Computer skills in the following applications are preferred: MS Word, MS Excel, and MS Access.

## 55a Program

This position is also open to qualified persons with a disability who are eligible for the 55-a Program. Please indicate at the top of your resume and cover letter that you would like to be considered for the position through the 55-a Program.

## Public Service Loan Forgiveness

As a prospective employee of the City of New York, you may be eligible for federal loan forgiveness programs and state repayment assistance programs. For more information, please visit the U.S. Department of Education's website at https://studentaid.gov/pslf/.

## Residency Requirement

New York City residency is generally required within 90 days of appointment. However, City Employees in certain titles who have worked for the City for 2 continuous years may also be eligible to reside in Nassau, Suffolk, Putnam, Westchester, Rockland, or Orange County. To determine if the residency requirement applies to you, please discuss with the agency representative at the time of interview.

## Additional Information

The City of New York is an inclusive equal opportunity employer committed to recruiting and retaining a diverse workforce and providing a work environment that is free from discrimination and harassment based upon any legally protected status or protected characteristic, including but not limited to an individual's sex, race, color, ethnicity, national origin, age, religion, disability, sexual orientation, veteran status, gender identity, or pregnancy.

**Job ID: 607483**
**Title code:  10251**
**Civil service title:  CLERICAL ASSOCIATE**
**Title classification:  Competitive-1**
**Business title:  Clerical Associate IV**
**Experience Level:  Experienced (Non-Manager)**
**Job level: 04**
**Number of positions:  1**
**Work location: 151 East 151st Street**
**Category:  Social Services**

KEYWORD

Search open jobs

NYC

© City of New York. 2023 All Rights Reserved.
NYC is a trademark and service mark of the City of New York.