UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
Nicole Lawtone-Bowles,

                                                   Plaintiff,

— against —

City of New York,

                                                   Defendant.
------------------------------------------------------------------- x

**NOTICE OF MOTION TO DISMISS THE COMPLAINT**
25 Civ. 5762 (KPF)

**PLEASE TAKE NOTICE,** that upon the accompanying Local Civil Rule 12.1 Notice, dated February 6, 2026, the Declaration of Shemori S. Corinthian, dated February 6, 2026, and the exhibits annexed thereto, the accompanying Memorandum of Law in Support of Defendant's Motion to Dismiss, and all the papers and proceedings heretofore had herein, Defendant will move this Court, before the Honorable Katherine Polk Failla, United States District Judge, Southern District of New York, at the United States Courthouse located at 40 Foley Square New York, NY 10007, on a date and time to be designated by the Court, for an order and judgment, pursuant to Rule 12(b) of the Federal Rules of Civil Procedure dismissing the Amended Complaint in its entirety on the grounds that: (1) Plaintiff's claims are largely time-barred; (2) Plaintiff failed to exhaust her administrative remedies as to her Title VII claim; (3) the election of remedies doctrine largely bars Plaintiff's NYSHRL and NYCHRL claims and Plaintiff otherwise fails to state claim for relief under either statute; (4) Plaintiff's ADA and Rehabilitation Act claims fail because she does not plausibly allege that she is disabled, that she could perform the essential functions of the Motor Vehicle Operator position with or without a reasonable accommodation, or that she was discriminated against on the basis of her alleged disability or retaliated against for engaging in protected activity under either statute; and (5) Plaintiff otherwise fails to state a claim for relief under New York Civil Service Law.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Court's order dated November 5, 2025, opposition papers, if any, must be served by March 27, 2026, and Defendant's reply must be served by April 10, 2026.

Dated:       New York, New York
             February 6, 2026

                                        **MURIEL GOODE-TRUFANT**
                                        Corporation Counsel of the
                                          City of New York
                                        Attorney for Defendant
                                        100 Church Street, Room 2-172
                                        New York, New York 10007-2601
                                        (212) 356-4076
                                        scorinth@law.nyc.gov

                                 By:    */s/ Shemori S. Corinthian*
                                        Shemori S. Corinthian
                                        Assistant Corporation Counsel


To:    Nicole Lawtone-Bowles (VIA ECF)
       Plaintiff Pro Se

25 Civ. 5762 (KPF)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Nicole Lawtone-Bowles,

                              Plaintiff,

– against –

City of New York,

                              Defendant.

**NOTICE OF MOTION TO DISMISS THE COMPLAINT AND LOCAL RULE 12.1 NOTICE**

*MURIEL GOODE TRUFANT*
*Corporation Counsel of the City of New York*
*Attorney for Defendant*
*100 Church Street, Room 2-172*
*New York, New York  10007-2601*

*Of Counsel:  Shemori S. Corinthian*
*Tel.:  (212) 356-4076*
*Matter No.:  2025-059708*

*Due and timely service is hereby admitted.*

*New York, N.Y., 2026.*

...................................................................................................

*Attorney for* .............................................................................