UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
Nicole Lawtone-Bowles,

                                                    Plaintiff,

        – against –

City of New York,

                                                  Defendant.

------------------------------------------------------------------- x

**DECLARATION OF SHEMORI S. CORINTHIAN**

25 Civ. 5762 (KPF)

**SHEMORI S. CORINTHIAN** declares, under penalty of perjury and pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am an Assistant Corporation Counsel in the office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, attorney for Defendant in the above-captioned action. This declaration is submitted in support of Defendant's motion to dismiss the Amended Complaint in the above-captioned action pursuant to Rule 12(b) of the Federal Rules of Civil Procedure.

2. Defendant annexes the following documents in support of its motion to dismiss, for which judicial notice may be taken, and which are documents in Plaintiff's possession or of which Plaintiff has knowledge:

    **Exhibit A:** A true and correct copy of the Title Specification for a Motor Vehicle Operator.

    **Exhibit B:** A true and correct copy of SDHR's Final Order, dated July 31, 2024.

    **Exhibit C:** A true and correct copy of Plaintiff's EEOC Charge, dated July 8, 2025.

    I declare under penalty of perjury that the foregoing is true and correct.

Dated:    New York, New York
            February 6, 2026

2

/s/ *Shemori S. Corinthian*
Shemori S. Corinthian
Assistant Corporation Counsel