| | |
|---|---|
| C - XI | CODE NO. 91212 |

**MOTOR VEHICLE OPERATION**
**OCCUPATIONAL GROUP [197]**

## MOTOR VEHICLE OPERATOR

### General Statement of Duties and Responsibilities

Under supervision, operates motor vehicles such as passenger cars, ambulettes, vans, hearses, trucks, wreckers, forklifts, tractor-trailer trucks and sign-erecting trucks; in a small garage, may dispatch personnel, motor vehicles and equipment; performs related work. Employees in this title may be required to work rotating shifts, including nights, Saturdays, Sundays and holidays.

### Examples of Typical Tasks

Operates one or more types of motor vehicles such as passenger car, ambulette, van, hearse, truck, wrecker, forklift, tractor-trailer truck or sign-erecting truck.

May drive a truck carrying employees and material to and from work locations.

May act as a chauffeur to an official.

Checks the tires, oil and fuel of the vehicle, replenishes fluids as needed, and checks the vehicle to see that lights, horn and brakes appear to be operating properly.

Reports any noticeable mechanical defects in the vehicle.

Cleans the windows and interior and exterior of the vehicle.

Changes tires or wheels.

R 05.03.2000                PAGE 1 OF 3

C - XI                                                                                           CODE NO. 91212
**MOTOR VEHICLE OPERATION**
**OCCUPATIONAL GROUP [197]**

### MOTOR VEHICLE OPERATOR (continued)

**Examples of Typical Tasks** (continued)

Assists in loading and unloading of materials, equipment, and passengers.

Reports any accidents in which the vehicle may have been involved.

Operates motor equipment mounted on, or transported by, the vehicle.

Watches for traffic hazards while labor force is engaged in making emergency repairs.

Transports collectors and cases of coin boxes to and from collection areas.

Is responsible for tools, supplies, materials, and equipment carried in or on the assigned vehicle.

Prepares trip reports.

In a small garage, may dispatch personnel, motor vehicles and equipment.

In the Police Department, may operate a vehicle which transports inmates to and from detention facilities, police stations and court locations.

When not driving, may be required to perform such additional duties as running errands, answering phones and delivering mail and/or small packages.

**Qualification Requirements**

There are no formal education or experience requirements. Candidates will be required to undergo a medical examination.

R  05.03.2000                                       PAGE 2 OF 3

C - XI                                                                                        CODE NO. 91212
**MOTOR VEHICLE OPERATION**
**OCCUPATIONAL GROUP [197]**

### MOTOR VEHICLE OPERATOR (continued)

**License Requirements**

A. Possession of a Motor Vehicle Driver License valid in the State of New York at the time of appointment.

B. For appointment to certain positions in some agencies, possession of a Class A, B or C Commercial Driver License valid in the State of New York, or a combination of these licenses, or possession of a valid New York State Learner's Permit for a Class A, B or C Commercial Driver License, may be required. A candidate with a Learner's Permit must obtain the appropriate driver license within three months from the date of appointment.

C. History of serious moving violations, license suspension or serious accidents may disqualify for appointment. Employees must maintain the appropriate driver license(s) for the duration of their employment.

**Direct Lines of Promotion**

**From:**   None                                                **To:**   Motor Vehicle Supervisor
                                                                                      (91232)
                                                                                   Basin Machine Operator
                                                                                      (91206)

R 05.03.2000                           PAGE 3 OF 3