EEOC No. 520-2025-03418 | FEPA No.

# CHARGE OF DISCRIMINATION

Form 5 (06/24)

This form is affected by the Privacy Act of 1974.
See attached Privacy Act Statement and other information before completing this form.

| CHARGE PRESENTED TO: | AGENCY CHARGE NO. |
|---|---|
| EEOC | 520-2025-03418 |
| New York State Division Of Human Rights | |

Name *(indicate Mr., Ms., Mrs., Miss, Dr., Hon., Rev.)*: Dr. Nicole L. Lawtone-Bowles

Phone No.:      (347) 538-5386
Year of Birth:   1971
Mailing Address: 56 Center Street
HIGHLAND FALLS, NY 10928

Named below is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency that I believe discriminated against me or others.

Name: Department of Homeless Services
No. Employees, Members: 501+ Employees
Phone No.: (929) 221-6812
Mailing Address: 150 GREENWICH ST FL 42
NEW YORK, NY 10007, UNITED STATES OF AMERICA
Name:
No. Employees, Members:
Phone No.:
Mailing Address:

DISCRIMINATION BASED ON:

Disability, Retaliation

DATE(S) DISCRIMINATION TOOK PLACE

Earliest: 01/01/2020
Latest: 07/04/2025

THE PARTICULARS ARE:

I worked as a Motor Vehicle Operator (Civil Services Title) at New York City Department of Homeless Services with no complaints or issues from August 18, 2013, through Present. I have been listed as AWOL from January 1, 2020, till Present. I had good attendance and fulfilled all my duties satisfactorily.

On April 7, 2025, I visited the doctor because I was informed that I needed an updated doctor's note. I then went to my job on April 8, 2025, and they stated that they could send me back to work as a motor vehicle operator which was my civil services title. However, I explained that I need a clerical position, which I am qualified for and can perform well. They informed me that I would have to wait for the internal EEOC process. Since then, I have contacted the EEOC every day and am still waiting for a resolution. They offered me a clerical associate position, which I accepted. Despite this, I am still waiting to be put back to work. It is frustrating to see people with DWIs or those who have been arrested for fraud being employed while I am not. I hold a master's degree and have been out of work since January 1, 2020.

I have made efforts to educate myself, as I previously dropped out of college 28 years ago and went back to school in March 2019. I have earned three associate degrees, a bachelor's degree, and a master's degree, and I am currently working on three

EEOC No. 520-2025-03418 | FEPA No.

doctorates. Despite these qualifications, I still find myself unable to secure employment. I am requesting to be considered under the 55-A program of the city charter. I have been informed that a "619" form must be submitted for the civil services title change under civil service law to transition from a motor vehicle operator to a clerical associate. I am seeking any desk or remote job opportunities and have been in contact with the head of the EEOC commissioner of my agency regarding my situation. I recently sent another email on July 4, 2025 to Athina McBean our internal EEOC Commissioner inquiring about my return to work. I have been approved for Access VR, which allows me to register as a disabled person, and I have requested acceptance into the 55-A program. I have been consistently asking about when I will be able to return to work and am formally requesting a permanent reasonable accommodation, as I can no longer perform the duties required of a motor vehicle operator.

Based on the above, I believe I have been discriminated against in violation of the Americans with Disabilities Act of 1990 (as amended)

EEOC No. 520-2025-03418 | FEPA No.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct, and that I have read each page of this form.

Digitally Signed By: Dr. Nicole L. Lawtone-Bowles
07/08/2025
_____
Charging Party Signature & Date

If a state or local Fair Employment Practices Agency (FEPA) requires notarization, you may need to sign the charge in the presence of a notary. If so, please do so here.

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information, and belief.

_____
Notarized Signature of Charging Party

Subscribed and sworn to before me this date:

Signature of Notary_____

Printed Name _____