**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------X

NICOLE LAWTONE-BOWLES,

Plaintiff,

-against-

25 **CIVIL** 5762 (KPF)

**JUDGMENT**

CITY OF NEW YORK,

Defendant.

--------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated July 31, 2026, while the Court does not wish to minimize any physical, emotional, or financial harm that Plaintiff may have suffered, the Court cannot provide Plaintiff the relief she seeks. Therefore, for the foregoing reasons, the Court has granted Defendant's motion to dismiss. Plaintiff's state and municipal claims are dismissed without prejudice. Plaintiff's federal claims that failed due to her failure to exhaust administrative remedies are dismissed without prejudice. *See Standard Inv. Chartered, Inc.* v. *Nat'l Ass'n of Sec. Dealers, Inc.*, 560 F.3d 118, 124 (2d Cir. 2009). Plaintiff's remaining federal claims are dismissed with prejudice; accordingly, the case is closed.

**Dated:** New York, New York

August 3, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**